United States District Court
Southern District of Texas
**ENTERED**
May 23, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:19−po−67286 |
| | § | |
| Shamim Al Mamun | § | |

ORDER FINDING PROBABLE CASE

I find that the complaint and/or affidavit(s) filed with the complaint, attested under oath, establish probable cause to believe that an offense against the laws of the United States has been committed and that the defendant committed it.

The defendant therefore may be further detained pending presentment for an initial appearance before United States Magistrate Judge Sam S Sheldon on May 24, 2019, at 11:00 AM.

IT IS SO ORDERED

SIGNED May 23, 2019.

Sam S. Sheldon
United States Magistrate Judge