United States District Court
Southern District of Texas
**ENTERED**
May 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:19−po−67286 |
| | § | |
| Shamim Al Mamun | § | |

## ORDER APPOINTING PUBLIC DEFENDER

Because the above-named defendant has satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because the interest of justice so requires, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

Sam S. Sheldon
United States Magistrate Judge

Date: May 24, 2019